

1600 Wilson Boulevard
Suite 700
Arlington, VA
703.243.9423
www.consovoymccarthy.com

December 24, 2025

Via ECF

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: *Lynch v. Playwrights Horizons, Inc.*, No. 1:25-cv-10594, Request to Appear Remotely at Conference on February 10, 2026

Dear Judge Schofield:

My colleague Cameron T. Norris and I represent the plaintiff in this matter, with Cameron serving as lead counsel. He is planning to appear at the conference scheduled for the afternoon of February 10.

Because neither of us lives in the greater New York area, an in-person appearance at the conference would require travel to New York. We would therefore greatly appreciate the option of appearing remotely.

Sincerely,

*/s/ Daniel M. Vitagliano*
Daniel M. Vitagliano

---

**Application GRANTED.** The conference scheduled for **February 10, 2026**, **at 3:15 P.M.** is converted to a telephonic conference. The conference can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.

Dated: December 26, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**