**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEVIN LYNCH,

Plaintiff,

-against-                                          Case No. 1:25-cv-10594-LGS

PLAYWRIGHTS HORIZONS, INC.,

Defendant.

**AFFIRMATION OF SERVICE**

I, Daniel M. Vitagliano, declare under penalty of perjury that on December 29, 2025, Plaintiff mailed Defendant the following documents via overnight delivery: this Court's scheduling order for an initial pretrial conference (Dkt. No. 5), Plaintiff's letter requesting a teleconference (Dkt. No. 6), this Court's order granting that request (Dkt. No. 7), and the Court's Individual Rules and Practices in Civil Cases. This was consistent with local rule 5.3, permitting service by overnight delivery. A receipt of the order for overnight delivery is attached.

Defendant has also had actual notice of the litigation since December 22, 2025, when it commented on the lawsuit's merits to the New York Times. *See* Michael Paulson, *Playwrights Horizons Is Sued Over Discounts to People of Color*, N.Y. Times (Dec. 22, 2025), https://perma.cc/C884-ZGAW.

1

2

Dated: December 30, 2025

Respectfully submitted,

/s/ *Daniel M. Vitagliano*

Daniel M. Vitagliano
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
dvitagliano@consovoymccarthy.com