

2300 Clarendon Blvd
Arlington, VA 22201-3367
703.525.9224

---

December 29, 2025 5:18 PM
Receipt #: LVLK000122398

---

FedEx Express                             $104.11
FedEx First Overnight
887492739141

**Recipient Address**
Playwrights Horizons INC
416 West 42nd Street
NEW YORK, NY 10036, US
000-000-0000
Scheduled Delivery Date: 12/30/2025
Pricing Option: Standard Rate
Package Information: FedEx Envelope
Additional Services:
Adult Signature Required
Package Weight: .35 lb (S)
Declared Value: $100

---

                              Account Billed

Express Subtotal              $104.11

         Total                $104.11

Sender Account ending in *2320

---

Tell us how we're doing:
fedex.com/welisten

Terms and conditions apply, including
terms that limit FedEx's liability.
The estimated shipping charge may be
different than the actual charges for
your shipment. Differences may occur
based on actual weight, dimensions
and other factors. Shipment-related
terms and conditions and details on
how shipping charges are calculated
are available upon request or at
fedex.com/serviceguide.

Manually Weighed = (M), Weighed by
Scale = (S), Taxable Item = T.

Visit us at: fedex.com
Or call 1.800.GoFedEx
(1.800.463.3339)

---

