**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KEVIN LYNCH,<br>                              Plaintiff,<br><br>       -against-<br><br>PLAYWRIGHTS HORIZONS, INC.,<br>                              Defendant. | Case No. 1:25-cv-10594-LGS |

## AFFIRMATION OF NOTICE

I, Daniel M. Vitagliano, declare under penalty of perjury that on December 23, 2025, Plaintiff sent the New York State Attorney General a copy of the Complaint by certified mail with the words "URGENT LEGAL MAIL" written on the outside of the envelope. This was to ensure that the Attorney General received notice of Count III, violation of N.Y. Civ. Rights Law §40-c, in accordance with §40-d of the same statute. *See* N.Y. C.P.L.R. §307. The initial receipt of mailing and the return receipt confirming delivery are both included as attachments to this filing.

Dated: December 31, 2025                                        Respectfully submitted,

                                                                                */s/ Daniel M. Vitagliano*

                                                                                Daniel M. Vitagliano
                                                                                CONSOVOY MCCARTHY PLLC
                                                                                1600 Wilson Blvd., Ste. 700
                                                                                Arlington, VA 22209
                                                                                dvitagliano@consovoymccarthy.com

1