AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-10594-LGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Playwrights Horizons, Inc. was received by me on *(date)* Dec 29, 2025, 4:11 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Derresha Webb, who is designated by law to accept service of process on behalf of *(name of organization)* Playwrights Horizons, Inc. on *(date)* Mon, Jan 05 2026; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 01/06/2026

_____
Server's signature

Wilson Pastoriza
_____
Printed name and title

PO Box 7312, Hicksville, NY 11801
_____
Server's address

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Dec 30, 2025, 2:12 pm EST at 416 West 42nd Street, New York, NY 10036
AS PER INTERCOM VM- ENTITY IS CLOSED FOR THE HOLIDAYS- STATES TO COME BACK MONDAY AFTER THE NEW YEAR.

2) Successful Attempt: Jan 5, 2026, 2:49 pm EST at 416 West 42nd Street, New York, NY 10036 received by Derresha Webb. Age: 35; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'2"; Hair: Black; Relationship: Admin/ Authorized to Accept Service;

Documents served: SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT JURY TRIAL DEMANDED; CIVIL COVER SHEET