# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN LYNCH,<br>　　　　　　　　　Plaintiffs,<br>v.<br><br>PLAYWRIGHTS HORIZONS, INC,<br>　　　　　　　　　Defendants. | Case No. 1:25-cv-10594-LGS |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Thomas R. McCarthy, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action. I am in good standing in the bars of the state of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 14, 2026　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas R. McCarthy*
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas R. McCarthy
　　　　　　　　　　　　　　　　　　　　　　　　　CONSOVOY MCCARTHY PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　1600 Wilson Blvd., Suite 700
　　　　　　　　　　　　　　　　　　　　　　　　　Arlington, Virginia 22209
　　　　　　　　　　　　　　　　　　　　　　　　　(703) 243-9423
　　　　　　　　　　　　　　　　　　　　　　　　　tom@consovoymccarthy.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN LYNCH,<br><br>                                Plaintiffs,<br>v.<br><br>PLAYWRIGHTS HORIZONS, INC,<br>                               Defendants. | Case No. 1:25-cv-10594-LGS |

## **DECLARATION OF THOMAS R. MCCARTHY**

I, Thomas A. McCarthy, declare:

1. I am an attorney at the law firm Consovoy McCarthy PLLC, and counsel for Plaintiffs in the above-captioned action. I am over the age of eighteen and am under no mental disability or impairment.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                                     */s/ Thomas R. McCarthy*
                                                                     Thomas R. McCarthy
                                                                     Consovoy McCarthy PLLC
                                                                     1600 Wilson Blvd., Suite 700
                                                                     Arlington, Virginia 22209
                                                                     (703) 243-9423
                                                                     tom@consovoymccarthy.com

Subscribed and sworn to before me this 14 day of Jan., 2026.

_____
Notary Public

JACOB SHIELDS
NOTARY PUBLIC
REGISTRATION #00380698
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 08/31/2029

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

KEVIN LYNCH,

                              Plaintiffs,

v.

PLAYWRIGHTS HORIZONS, INC,

                              Defendants.

Case No. 1:25-cv-10594-LGS

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Thomas R. McCarthy for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Virginia and the District of Columbia, and his contact information is as follows:

>Thomas R. McCarthy
>Consovoy McCarthy PLLC
>1600 Wilson Blvd., Suite 700
>Arlington, Virginia 22209
>(703) 243-9423
>tom@consovoymccarthy.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                         Hon. Lorna G. Schofield
                                                                         United States District Judge

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Thomas Ryan McCarthy

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2001.

I further certify that so far as the records of this office are concerned, Thomas Ryan McCarthy is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 9th day of January
A.D. 2026

By: _____
Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Thomas R McCarthy

was duly qualified and admitted on October 4, 2004 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 08, 2026.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*