AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| KEVIN LYNCH,<br>*Plaintiff*<br>v.<br>PLAYWRIGHTS HORIZONS, INC.,<br>*Defendant* | )<br>)<br>) Case No. 1:25-cv-10594-LGS<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Playwrights Horizons, Inc.

Date:    01/21/2026

/s/ Mark Musico
*Attorney's signature*

Mark Musico (MM8001)
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
*Address*

mmusico@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*