## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| Suite 5100 | Suite 1400 | Suite 3000 |
|---|---|---|
| 1000 Louisiana Street | 1900 Avenue of the Stars | 401 Union Street |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Mark Musico
Direct Dial (212) 471-8357

E-Mail MMusico@susmangodfrey.com

January 21, 2026

**Via ECF**

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

Re:  *Lynch v. Playwrights Horizons*, No. 25-cv-10594 (LGS), Extension of Time to Respond to Complaint and Adjournment of Initial Pre-Trial Conference

Dear Judge Schofield:

We represent Defendant Playwrights Horizons in the above-captioned matter. We write pursuant to this Court's Individual Rule I.B.3 to request:

> (1) an extension of Defendant's time to respond to the Complaint from **January 26, 2026** to **February 25, 2026**; and

> (2) adjournment of the conference scheduled for **February 10, 2026**, and accompanying deadlines for submission of a joint pre-conference letter.

Plaintiff consents to both requests. This is the parties' first request with respect to both issues. If the Court is amenable, the parties will confer regarding the matters set forth in the Court's prior order (ECF No. 5), and inform the Court by letter if and when it would be productive to reschedule an initial conference.

Sincerely,

*/s/ Mark Musico*

Mark Musico

cc: All counsel of record via ECF

Application **GRANTED.**  Defendant's time to answer or otherwise respond to the Complaint is extended to **February 25, 2026**.  The conference scheduled for February 10, 2026 is **ADJOURNED** to **March 10, 2026 at 3:15 P.M.**  The conference will be conducted telephonically and can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.  By **March 3, 2026**, the parties shall submit the pre-conference letter and proposed case management plan.

Dated: January 21, 2026
New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE