SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 401 UNION STREET |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

MARK MUSICO
DIRECT DIAL (212) 471-8357

E-MAIL MMUSICO@SUSMANGODFREY.COM

February 18, 2026

**Via ECF**

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

Re:  *Lynch v. Playwrights Horizons*, No. 25-cv-10594 (LGS), Extension of Time to Respond to Complaint and Adjournment of Initial Pre-Trial Conference

Dear Judge Schofield:

We represent Defendant Playwrights Horizons in the above-captioned matter. We write pursuant to this Court's Individual Rule I.B.3 to request:

(1) an extension of Defendant's time to respond to the Complaint from **February 25, 2026** to **April 2, 2026**; and

(2) adjournment of the conference scheduled for **March 10, 2026**, and accompanying deadlines for submission of a joint pre-conference letter.

Plaintiff consents to both requests. This is the parties' second request with respect to both issues; the Court previously extended Defendant's time to respond to the Complaint from January 26 to February 25, and adjourned the initial conference from February 10 to March 10. ECF No. 16. Good cause exists for a brief further extension. The parties have been discussing a negotiated resolution of this matter and believe their efforts could be successful with the benefit of additional time.

Sincerely,

Mark Musico

cc: All counsel of record via ECF