# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

KEVIN LYNCH,

                          Plaintiff,

    v.

PLAYWRIGHTS HORIZONS, INC.,         No. 1:25-cv-10594-LGS

                     Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Plaintiff and Defendant, that all claims asserted by Plaintiff in the above-captioned matter are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Nothing contained in this Stipulation shall be deemed an admission of any liability, wrongdoing, or the merit or the lack of merit of any claim or defense by any Party.

Respectfully submitted,            Dated: March 17, 2026

*/s/ Cameron T. Norris*              */s/ Mark Musico*

Thomas R. McCarthy*
Cameron T. Norris*
Daniel M. Vitagliano†
SDNY Bar No. 5856703
Tyler A. Dobbs*†
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
dvitagliano@consovoymccarthy.com

*Pro hac vice
†Supervised by principals of the firm admitted
to practice in Virginia

Counsel for Plaintiff

Mark Musico
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
(212) 336-8330
mmusico@susmangodfrey.com

Counsel for Defendant

2